**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Eric J. Waltner
Allen & Gooch
P. O. Box 81129
Lafayette LA 70598-1129


**REHEARING ACTION: January 27, 2016**


**Docket Number: 15   00181-WCA consolidated with 180-WCA**

**ESTATE OF SHELLIE BELAIRE, THRU**
**LARRY JOSEPH WILTZ, JR. OBO**
**MINOR SON, O. J. W.**
**VERSUS**
**CRAWFISH TOWN, USA, ET AL.**

**Appealed from Office of Workers' Compensation - # 9 Case No. 14-02958**
**C/W 14-02955**


**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Sylvia R. Cooks**
> **Hon. John D. Saunders**
> **Hon. Marc T. Amy**
> **Hon. Elizabeth A. Pickett**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Crawfish Town USA and LUBA Workers' Compensation** has

this day been

> **DENIED.**
> **Amy, J., would grant the rehearing.**


cc: Jeffery F. Speer, Counsel for the Appellant